UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In the Matter of the Application of VINNIE HARDEE,          7:18-CV-11215 (VB)
                                                           ECF CASE
                    Plaintiff-Petitioner,

For a Judgement Pursuant to Article 78 of the Civil Practice
Law and Rules                                              **NOTICE OF MOTION**

                    -against-

DEBORAH PRITCHETT, as the Housing Specialist at
City of New Rochelle Section 8 Housing Agency, and
CITY OF NEW ROCHELLE SECTION 8 HOUSING
AGENCY,

                    Defendants-Respondents.
-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon (i) the annexed Declaration of Dawn M. Warren, Esq.

dated February 6, 2019, and the exhibits thereto; (ii) the accompanying memorandum of law dated

February 6, 2019; and (iii) all the prior proceedings herein, Defendants Deborah Pritchett, as the

Housing Specialist at the City of New Rochelle Section 8 Housing Agency, and City of New

Rochelle Section 8 Housing Agency, by their undersigned attorneys, will move this Court, before

the Honorable Vincent L. Briccetti, on March 21, 2019, or on such other date as may be

determined, for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for

judgment on the pleadings remanding this case to its original state court forum for lack of subject

matter jurisdiction, or alternatively, dismissing the amended complaint in its entirety on the

grounds that (a) Plaintiff failed to meet the four (4) month statute of limitations for filing an Article

78 proceeding, and (b) the complaint fails to state a cause of action for which relief can be granted

under 42 U.S.C §1983, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule adopted by this Court, Plaintiff's cross-motion and opposition must be filed by February 28, 2019; Defendants' opposition and reply must be filed by March 14, 2019; and Plaintiff's reply must be filed by March 21, 2019.

Dated: New Rochelle, New York
February 6, 2019

Respectfully,

KATHLEEN E. GILL
CORPORATION COUNSEL
CITY OF NEW ROCHELLE
Attorney for Defendants

By:

Dawn M. Warren
Assistant Corporation Counsel
Attorneys for Defendants
515 North Avenue
New Rochelle, New York 10801
(914) 654-2122

To:   Legal Services of the Hudson Valley
Attorneys for Plaintiff
90 Maple Avenue
White Plains, New York 10607