UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In the Matter of the Application of VINNIE HARDEE,

                Plaintiff-Petitioner,

For a Judgement Pursuant to Article 78 of the Civil Practice
Law and Rules

                -against-

DEBORAH PRITCHETT, as the Housing Specialist at
City of New Rochelle Section 8 Housing Agency, and
CITY OF NEW ROCHELLE SECTION 8 HOUSING
AGENCY,

                Defendants-Respondents.
-------------------------------------------------------------------------X

7:18-CV-11215 (VB)
ECF CASE

**DECLARATION IN
SUPPORT OF MOTION
FOR JUDGMENT ON
THE PLEADINGS**

        DAWN M. WARREN, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, hereby affirms, pursuant to 28 U.S.C. §1746, and under penalty of perjury, as follows:

        1.     I am Associate Corporation Counsel to the City of New Rochelle, attorneys for the Defendants, Deborah Pritchett, as the Housing Specialist at the City of New Rochelle Section 8 Housing Agency, and City of New Rochelle Section 8 Housing Agency (collectively, the "Defendants") in the above captioned proceeding.

        2.     I submit this Declaration in support of the Defendants' motion for judgment on the pleadings made pursuant to Rule 12 (c) of the Federal Rules of Civil Procedure. I have knowledge of the facts set forth below based on my review of the Court's file and the file maintained by this office in this action.

        3.     Annexed hereto as **Exhibit A** is copy of Plaintiff's Notice of Petition and Verified Petition filed in the State Court of New York, Westchester County, on November 14, 2018.

4. Annexed hereto as **Exhibit B** is a copy of the Civil Cover Sheet and Notice of Removal filed on December 3, 2018 (Docket Entry #1, 2, 4).

5. Annexed hereto as **Exhibit C** is a copy of the Defendants' Verified Answer to the Petition filed on December 11, 2018 (Docket Entry #6).

6. Annexed hereto as **Exhibit D** is a copy of Plaintiff's Amended Complaint entered on December 14, 2018 (Docket Entry # 8).

7. Annexed hereto as **Exhibit E** is a copy of Defendants' Answer to Amended Complaint filed on December 18, 2018 (Docket Entry # 9).

8. Annexed hereto as **Exhibit F** is a copy of this Court's January 16, 2019 Order setting a briefing schedule for Defendants' instant motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) (Docket Entry #13).

9. Annexed hereto as **Exhibit G** is a copy of Plaintiff's letter to this Court dated January 31, 2019 requesting a pre-motion conference regarding Plaintiff's anticipated motion for judgment on the pleadings (Docket Entry #14).

10. Annexed hereto as **Exhibit H** is a copy of this Court's February 1, 2019 Order setting a new briefing schedule relative to Plaintiff's cross-motion for judgment on the pleadings (Docket Entry #15).

11. Annexed hereto as **Exhibit I** is a copy of Defendants' letter to this Court dated February 1, 2019, seeking leave to file an amended answer to assert statute of limitations as an affirmative defense and to clarify the jurisdictional issues (Docket Entry #16), which leave was granted by Order entered February 1, 2019 (Docket Entry #17).

12. Annexed hereto as **Exhibit J** is a copy of Defendants' First Amended Answer to the Amended Complaint filed February 6, 2019 (Docket Entry #18).

13. The undersigned is unaware of any dispute as the authenticity of any of the documents or recordings annexed hereto.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the Defendants motion for judgment on the pleadings should be granted.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 6th day of February 2019.

_____
Dawn M. Warren