UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINNIE HARDEE,
          Plaintiff,
v.

DEBORAH PRITCHETT, as the Housing
Specialist at City of New Rochelle Section 8
Housing Authority, and CITY OF NEW
ROCHELLE SECTION 8 HOUSING AGENCY,
          Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 11215 (VB)

As discussed at a conference today attended by all counsel, defense counsel indicated she intended to move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) asserting lack of subject matter jurisdiction. Accordingly, it is HEREBY ORDERED:

1. Defendants' moving brief is due by February 6, 2019.

2. Plaintiff's opposition brief is due by February 20, 2019.

3. Defendants' reply brief is due by February 27, 2019.

In the event the parties agree to remand this case to the state court, they shall promptly notify the Court.

Dated: January 16, 2019
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge