UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINNIE HARDEE,
                Plaintiff,

v.

DEBORAH PRITCHETT, as the Housing
Specialist at City of New Rochelle Section 8
Housing Authority, and CITY OF NEW
ROCHELLE SECTION 8 HOUSING AGENCY,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 11215 (VB)

By order dated January 16, 2019, the Court set a briefing schedule for defendant's anticipated motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) asserting lack of subject matter jurisdiction. (Doc. #13). By letter dated January 31, 2019, plaintiff requested a pre-motion conference in order to cross move for judgment on the pleadings. (Doc. #14). Plaintiff states defendant will not consent to a briefing schedule.

Judge Briccetti does not require a pre-motion conference for motions for judgments on the pleadings. The briefing schedule is amended as follows:

1. Defendants' motion is due February 6, 2019.
2. Plaintiff's cross-motion and opposition is due February 28, 2019. Plaintiff shall file a single memorandum of law in support of her motion and in opposition to defendants' motion.
3. Defendants' opposition and reply is due March 14, 2019. Defendants shall file a single memorandum of law in opposition to plaintiff's motion and in reply in support of their motion.
4. Plaintiff's reply is due March 21, 2019.

Relatedly, this Court expects counsel to cooperate with each other, particularly regarding matters as routine as briefing schedules.

Dated: February 1, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge