UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of
VINNIE HARDEE,

        Plaintiff-Petitioner,

for a Judgment pursuant to Article 78
Of the Civil Practice Law and Rules,

-against-

Deborah Pritchett, as the Housing Assistance Specialist
at City of New Rochelle Section 8 Housing Agency,

-and-

City of New Rochelle Section 8 Housing Agency,

        Defendants-Respondents.

NOTICE OF MOTION
18 CV 11215 (VB)

---

PLEASE TAKE NOTICE that upon the pleadings and the annexed affirmation of Christopher Schweitzer, Esq., dated February 26, 2019, the undersigned attorney for the Respondent will move before this Court at the courthouse located at 300 Quarropas Street, White Plains, New York, on the 21st day of March 2019, or as soon thereafter as counsel may be heard, for entry of an order:

1. Denying Defendants' Motion to Dismiss;
2. Granting Plaintiff Judgment on the Pleadings; and
3. Such further relief as to this Court deems equitable and just.

Answering papers, if any, are to be served at least two days before the return date of this motion.

Dated: February 26, 2019
White Plains, New York

Christopher F. Schweitzer, Esq.
Legal Services of the Hudson Valley,
Attorneys for Petitioner-Appellant
90 Maple Ave.
White Plains NY 10601
(914) 376- 3757 x 306

Case 7:18-cv-11215-VB   Document 23   Filed 02/26/19   Page 2 of 2

To:   Dawn M. Warren, Esq.
      Assistant Corporation Counsel
      Attorney for Defendants
      515 North Avenue
      New Rochelle, NY 10801
      (914) 654-2122