# EXHIBIT 3

# Certification

## Section 8 Tenant-Based Assistance Rental Voucher Program

**WARNING: BY SIGNING THIS FORM, YOU ARE INDICATING THAT YOU HAVE READ AND ARE AGREEING WITH ITS CONTENTS**

Tenant ID

| | | |
|---|---|---|
| UNIT ADDRESS | 590 Fifth Ave. #1-K<br>New Rochelle, NY 10801 | |
| | | ANNUAL INCOME |
| | | GROSS 9,864 |
| | | ADJUSTED 9,464 |
| OCCUPANTS | Vinnie Hardee | CONTRACT RENT 1,085 |
| | | TENANT SHARE 201 |
| | | SECTION 8 SHARE 884 |
| | | UTILITY ALLOWANCE 36 |
| | | UTILITY REIMBURSEMENT 0 |
| | | EFFECTIVE DATE 12/01/2017 |

## FEDERAL PRIVACY ACT NOTICE

**PURPOSE:** Family income and other information is being collected by the Department of Housing and Urban Development (HUD) to determine an applicant's eligibility, the recommended unit size, and the amount the family must pay toward rent and utilities.

**USE:** HUD uses family income and other information to assist in managing and monitoring HUD-assisted housing programs; to protect the Government's financial interest; and to verify the accuracy of the information furnished. HUD or a public housing agency/Indian housing authority may conduct a computer match to verify the information you provided. This information may be released to appropriate Federal, State, and local agencies, when relevant, and to civil, criminal and regulatory investigators and prosecutors. However, the information will not be otherwise disclosed or released outside of HUD, except as permitted or required by law.

**PENALTY:** You must provide all of the information requested by the public housing agency/Indian housing authority, including all social security numbers you, and all other household members age six (6) years and older, have and use. Giving the social security numbers of all household members 6 years of age and older is mandatory, and not providing the social security numbers will affect your eligibility. Failure to provide any of the requested information may result in a delay or rejection of your eligibility approval.

**AUTHORITY FOR INFORMATION COLLECTION:** The following laws authorize the collection of this information by HUD or the public housing agency/Indian housing authority: the U.S. Housing Act of 1937 (42 U.S.C., 1437 et seq.), Title VI of the Civil Rights Acts of 1964, and Title VIII of the Civil Rights Act of 1968. The Housing and Community Development Act of 1987 (42 U.S.C. 3543) requires applicants and residents to submit the social security numbers of all household members at least six (6) years old.

## TENANT(S)' CERTIFICATION

Under the penalty of perjury, I/We certify that the information provided is true and complete to the best of my/our knowledge and belief. I/We understand that we can be fined up to $10,000, or imprisoned up to five years, or lose the subsidy HUD pays and have my/our rent increased, if I/we furnish false or incomplete information.

## AGENT CERTIFICATION

I certify that this tenant's eligibility, rent and assistance payment have been computed in accordance with HUD's regulations and administrative procedures and that all required verifications were obtained.

X *Vinnie Hardee*     X 10/12/17
Vinnie Hardee Head of Household    Date

_____    _____    *Gina Cordaro* 10-12-17
Spouse/Co-Head    Date    Gina Cordaro, Housing Assistance Specialist    Date

Document ID: 16142656107

HAPPY Software, Inc.     |..||.||.....||.|.|.||||..||.|.||......||||..|..|..|..|||     GC 10/12/2017 Page 1