# EXHIBIT 4

City of New Rochelle Section 8  
Housing Choice Voucher Program  
1 Radisson Plaza, Suite 900  
New Rochelle, NY 10801



Phone: (914) 654-2179  
FAX: (914) 632-8403



May 30, 2018

Vinnie Hardee  
590 Fifth Ave. # 1-K  
New Rochelle, NY 10801

Dear Vinnie Hardee:

This office has been informed that you have or had illegal occupants living in your apartment.

You are in violation of your Section 8 Family Obligations HUD CFR982.551 and are terminated from this Section 8 program effective June 30, 2018 HUD CFR982.552.

If you do not agree with this decision you may request an Informal Hearing in writing 10 days of this letter as per HUD CFR982.555.

Truly yours,

Deborah Pritchett  
Housing Assistance Specialist  
City of New Rochelle  
Section 8 Housing Agency

cc: 550 Fifth Avenue LLC  
    184 Union Ave.  
    New Rochelle, NY 10801