# EXHIBIT 7

Propertyware - On Demand Real Estate Solution          https://app.propertyware.com/pw/leases/lease_detail.do?entityID=..

# NDR Group

**Lease:** Hardee, V.
**Contact:** Vinnie Hardee

**Property Address:** 590 FIFTH AVENUE, 590-K1
NEW ROCHELLE, NY 10801

| Balance as of 09/14/2018 | Prepayments | Total Unpaid | Deposit Held |
|---|---|---|---|
| **$1,665.55** | **$102.45** | **$1,768.00** | **$945.00** |

| Transaction | Date | Ref # | Description | Payer Name | Deposit Date | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposited Payment | 09/04/2018 | 6192-2 | Payment of $102.45 applied to [09/04/18, acct 2017, $102.45] | Vinnie Hardee | 09/04/2018 | | $102.45 | $1,665.55 |
| Deposited Payment | 09/04/2018 | 6192 | Payment of $36.95 applied to [07/12/18, acct 4340, $36.95] and $56.00 applied to [09/01/18, acct 4000, $201.00] and $2.80 applied to [06/12/18, acct 4340, $2.80] and $2.80 applied to [08/12/18, acct 4340, $2.80] | Vinnie Hardee | 09/04/2018 | | $98.55 | $1,768.00 |
| Deposited Payment | 09/04/2018 | 6448 | Payment of $145.00 applied to [09/01/18, acct 4000, $201.00] and $56.00 applied to [08/01/18, acct 4000, $201.00] | Vinnie Hardee | 09/04/2018 | | $201.00 | $1,866.55 |
| Unpaid Charge | 09/01/2018 | | 4001 - SEC8 | | | $884.00 | | $2,067.55 |
| Paid Charge | 09/01/2018 | | 4000 - Rent | | | $201.00 | | $1,183.55 |
| Paid Charge | 08/12/2018 | | 4340 - Late Fee : Calculated on 08/12/2018 5:10 AM by system | | | $2.80 | | $982.55 |
| Deposited Payment | 08/03/2018 | Section 8 | Payment of $884.00 applied to [07/01/18, acct 4001, $884.00] | Vinnie Hardee | 08/03/2018 | | $884.00 | $979.75 |
| Unpaid Charge | 08/01/2018 | | 4001 - SEC8 | | | $884.00 | | $1,863.75 |
| Paid Charge | 08/01/2018 | | 4000 - Rent | | | $201.00 | | $979.75 |

Case 7:18-cv-11215-VB Document 29-7 Filed 02/26/19 Page 3 of 3

Propertyware - On Demand Real Estate Solution          https://app.propertyware.com/pw/leases/lease_detail.do?entityID=...

| Transaction | Date | Ref # | Description | Payer Name | Deposit Date | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| Paid Charge | 07/12/2018 | | 4340 - Late Fee : Calculated on 07/12/2018 5:06 AM by system | | | $36.95 | | $778.75 |
| Deposited Payment | 07/05/2018 | 0867 | Payment of $201.00 applied to [07/01/18, acct 4000, $201.00] | Vinnie Hardee | 07/05/2018 | | $201.00 | $741.80 |
| Deposited Payment | 07/05/2018 | 0868 | Payment of $56.00 applied to [06/01/18, acct 4000, $201.00] and $145.00 applied to [08/01/18, acct 4000, $201.00] | Vinnie Hardee | 07/05/2018 | | $201.00 | $942.80 |
| Deposited Payment | 07/05/2018 | Section 8 | Payment of $884.00 applied to [06/01/18, acct 4001, $884.00] | Vinnie Hardee | 07/05/2018 | | $884.00 | $1,143.80 |
| Paid Charge | 07/01/2018 | | 4000 - Rent | | | $201.00 | | $2,027.80 |
| Paid Charge | 07/01/2018 | | 4001 - SEC8 | | | $884.00 | | $1,826.80 |
| Paid Charge | 06/12/2018 | | 4340 - Late Fee : Calculated on 06/12/2018 5:05 AM by system | | | $2.80 | | $942.80 |
| Paid Charge | 06/01/2018 | CNR | 4001 - SEC8 | | | $884.00 | | $940.00 |
| Paid Charge | 06/01/2018 | | 4000 - Rent | | | $201.00 | | $56.00 |
| Deposited Payment | 05/21/2018 | 1589 | Payment of $6.00 applied to [05/21/18, acct 5510, $6.00] | Vinnie Hardee | 05/21/2018 | | $6.00 | ($145.00) |
| Paid Charge | 05/21/2018 | mailbox key | 5510 - Repairs | | | $6.00 | | ($139.00) |
| Deposited Payment | 05/03/2018 | 0325 | Payment of $65.00 applied to [05/03/18, acct 5510, $65.00] | Vinnie Hardee | 05/03/2018 | | $65.00 | ($145.00) |
| Paid Charge | 05/03/2018 | cylinder change | 5510 - Repairs | | | $65.00 | | ($80.00) |
| Deposited Payment | 05/03/2018 | 0455-2 | Payment of $145.00 applied to [06/01/18, acct 4000, $201.00] | Vinnie Hardee | 05/03/2018 | | $145.00 | ($145.00) |
| Deposited Payment | 05/03/2018 | 0455 | Payment of $56.00 applied to [05/01/18, acct 4000, $201.00] | Vinnie Hardee | 05/03/2018 | | $56.00 | $0.00 |
| Deposited Payment | 05/02/2018 | Section 8 | Payment of $884.00 applied to [05/01/18, acct 4001, $884.00] | Vinnie Hardee | 05/02/2018 | | $884.00 | $56.00 |
| Paid Charge | 05/01/2018 | CNR | 4001 - SEC8 | | | $884.00 | | $940.00 |
| Paid Charge | 05/01/2018 | | 4000 - Rent | | | $201.00 | | $56.00 |