# EXHIBIT 8

**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

www.lshv.org

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 303
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
331 Main Street
2nd Floor, Suite 200
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE/SULLIVAN**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

17 Hamilton Avenue
Monticello, NY 12701
845-569-9110
845-569-9120 Fax

**ROCKLAND**
7A Perlman Drive
Spring Valley, NY 10977
845-476-3831
845--352-0832 Fax

September 25, 2018

SENT VIA FAX: 914-632-8403 and FIRST CLASS MAIL

City of New Rochelle Section 8
Housing Choice Voucher Program
1 Radisson Plaza, Suite 900
New Rochelle, NY 10801

### Re: Vinnie Hardee: Section 8 Termination

Dear Ms. Pritchett:

Legal Services of the Hudson Valley has been retained by Ms. Hardee to represent her regarding her Section 8 Voucher termination. Ms. Hardee received a notice of termination dated May 30, 2018 informing her that her voucher would be terminated effective June 30, 2018 because of alleged "illegal occupants." Ms. Hardee responded to this notice on June 8, 2018 in writing denying the allegations, by sending a letter back to you responding to the allegations and intending to be heard on the matter. (Attachment 1) I spoke with you over the phone on July 20, 2018 and you advised me of the reasons you believed it was proper to terminate her voucher. I asked you when Ms. Hardee's hearing would take place and you advised me that she was not getting a hearing because you did not receive a written request within the 10-day timeframe. I told you that I believe Ms. Hardee intended to request a hearing with the letter that she initially sent you.

Subsequent to our conversation, Ms. Hardee sent another written request to your office dated July 30, 2018 explicitly requesting an informal hearing and explaining that she did not understand that her prior letter was not a sufficient hearing request. (Attachment 2) Ms. Hardee never received any response from your office. I am now hereby requesting that Ms. Hardee be granted a Reasonable Accommodation due to her disability pursuant to the Federal Fair Housing Act 42 USC §3604(f)(3)(B). Ms. Hardee suffers from post-traumatic stress disorder as well as numerous health conditions. She also has mental limitations which impede her ability to fully comprehend the way in which she is to make certain requests. Furthermore, the decision to terminate Ms. Hardee's voucher without a hearing was improper and violates her due process.



**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

www.lshv.org

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 303
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
331 Main Street
2nd Floor, Suite 200
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE/SULLIVAN**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

17 Hamilton Avenue
Monticello, NY 12701
845-569-9110
845-569-9120 Fax

**ROCKLAND**
7A Perlman Drive
Spring Valley, NY 10977
845-476-3831
845-352-0832 Fax

According to The City of New Rochelle, NY HCV Program Administration Plan, informal hearing procedures include "notice to the family" pursuant to 24 CFR 982.555(c). The notice to the family must include a copy of the PHA's hearing procedures as well as a statement of the family's right to an explanation of the basis for the PHA's decision, and a deadline for the family to request the informal hearing. While the initial letter Ms. Hardee sent did not explicitly state "I request a hearing," the language that she used in her letter mirrors the adverse action notice she received and directly contests it. Additionally, she responded to your notice within the 10-day time frame allotted. Indeed, the ACOP does not require the use of a specific phrase or exact language when responding to an adverse action notice, nor does it set forth the manner in which the request must be made. (Attachment 3)

Pursuant to 24 CFR §982.3552(c)(1)(i), Section 8 may terminate a participant's assistance if the family violates any of the family obligations under the program as set forth in §982.551, which includes allowing an unauthorized occupant to reside in the unit. Accordingly, Section 8 has the discretion to decide whether or not to terminate participants if they believe they violated their family obligations. Additionally, the Federal Regulations provide that Section 8 may "consider all relevant circumstances…when deciding whether or not to terminate their voucher." 24 CFR §982.552(c)(2)(i). Here, Ms. Hardee has not been afforded the opportunity to be heard on the merits regarding the allegations.

Ms. Hardee did take affirmative steps to preserve her voucher within the time period allotted by sending her first letter to your office. Because Ms. Hardee is a disabled person, and because her disability has led to her failure to fully understand exactly what you deem an acceptable hearing request, as well as impedes her ability to communicate in a meaningful way in any prior interactions with your office in connection with her Voucher, I hereby request a Fair Hearing with regard to your termination of her participation in the Housing Choice Voucher Program.

I look forward to discussing this matter with you further. Thank you in advance for your time and consideration. I can be reached at (914) 949-1305 ext. 104 or via email at cceletti@lshv.org.


LSC
America's Partner For Equal Justice

**Legal Services of the Hudson Valley**
Protecting Rights
Promoting Justice

www.lshv.org

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 303
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
331 Main Street
2nd Floor, Suite 200
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE/SULLIVAN**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

17 Hamilton Avenue
Monticello, NY 12701
845-569-9110
845-569-9120 Fax

**ROCKLAND**
7A Perlman Drive
Spring Valley, NY 10977
845-476-3831
845--352-0832 Fax


LSC
America's Partner For Equal Justice

Sincerely,

Cherish Celetti, Esq.
Supervising Attorney